CR122-0031

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
2022 APR -6 P 4:00
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 21 U.S.C. § 846 |
| | ) Conspiracy to Possess with Intent |
| JAYSON DWAYNE WHEATLEY | ) to Distribute and to Distribute |
| | ) Controlled Substances |
| JEFFREY MITCHELL GRANADE | ) (Methamphetamine Heroin, and |
| | ) Marijuana) |
| STEVEN CURTIS NEWMAN | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| RICHARD TRAVIS BARGERON | ) Distribution of Controlled |
| | ) Substances |
| ALVIN WAYNE SNELLGROVE | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| HEATHER NICOLE DISHER | ) Possession with Intent to |
| | ) Distribute Controlled Substances |
| DANA ALEXANDER RAU | ) |
| | ) 21 U.S.C. § 844 |
| | ) Possession of a Controlled |
| | ) Substance |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of Firearms in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 843(b) |
| | ) Use of Communication |
| | ) Facility |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 922(g)(3) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |

1

## ORDER

The Court having considered the Government's Motion to Seal, hereby GRANTS the motion and ORDERS that the indictment issued in this case, the government's motion, and this order be SEALED until such time as the first of the Defendants initially appears for an initial appearance following arrest, or until further order of the Court, at which time this Indictment and all related court papers shall be UNSEALED.

DONE this 6th day of April, 2022.

_____
United States Magistrate Judge
Southern District of Georgia