IN THE UNITED STATES DISTRICT COURT **CR 122 - 0031**
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO.   2022 APR -6 P 4:00 |
| | ) |
| v. | ) 21 U.S.C. § 846   CLERK _____ |
| | ) Conspiracy to Possess with Intent GA. |
| JAYSON DWAYNE WHEATLEY | ) to Distribute and to Distribute |
| | ) Controlled Substances |
| JEFFREY MITCHELL GRANADE | ) (Methamphetamine Heroin, and |
| | ) Marijuana) |
| STEVEN CURTIS NEWMAN | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| RICHARD TRAVIS BARGERON | ) Distribution of Controlled |
| | ) Substances |
| ALVIN WAYNE SNELLGROVE | ) |
| | ) 21 U.S.C. § 841(a)(1) |
| HEATHER NICOLE DISHER | ) Possession with Intent to |
| | ) Distribute Controlled Substances |
| DANA ALEXANDER RAU | ) |
| | ) 21 U.S.C. § 844 |
| | ) Possession of a Controlled |
| | ) Substance |
| | ) |
| | ) 18 U.S.C. § 924(c) |
| | ) Possession of Firearms in |
| | ) Furtherance of a Drug |
| | ) Trafficking Crime |
| | ) |
| | ) 18 U.S.C. § 843(b) |
| | ) Use of Communication |
| | ) Facility |
| | ) |
| | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |
| | ) |
| | ) 18 U.S.C. § 922(g)(3) |
| | ) Possession of Firearms by a |
| | ) Prohibited Person |

1

**THE GRAND JURY CHARGES THAT:**

<u>COUNT ONE</u>
*Conspiracy to Possess with Intent to Distribute and*
*to Distribute Controlled Substances (Methamphetamine, Heroin, and Marijuana)*
21 U.S.C. § 846

Beginning on a date at least as early as December 2019, up to and including the return date of this indictment, the precise dates being unknown, in Richmond and Columbia Counties, within the Southern District of Georgia, and elsewhere, the defendants,

**JAYSON DWAYNE WHEATLEY**

**JEFFREY MITCHELL GRANADE**

**STEVEN CURTIS NEWMAN**

**RICHARD TRAVIS BARGERON**

**ALVIN WAYNE SNELLGROVE**

**HEATHER NICOLE DISHER**

**DANA ALEXANDER RAU**

aided and abetted by each other and by others known and unknown, with some joining the conspiracy earlier and others joining later, did knowingly and intentionally combine, conspire, confederate and agree together and with each other, and with others known and unknown, to possess with intent to distribute and to distribute controlled substances, including 500 grams or more of a mixture containing a detectable amount of methamphetamine, 50 grams of methamphetamine (actual), an amount of heroin, and marijuana, in violation of Title 21, United States Code, 846 and Title 18, United States Code, Section 2.

2

## COUNT TWO
*Distribution of a Controlled Substance*
21 U.S.C. § 841(a)(1)

On or about February 7, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

### JAYSON DWAYNE WHEATLEY

did knowingly and intentionally distribute heroin, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3

## COUNTS THREE - SEVEN
*Possession with Intent to Distribute Controlled Substances*
21 U.S.C. § 841(a)(1)

On or about the dates listed below, within the Southern District of Georgia, the defendant, listed in the table, aided and abetted by others known and unknown, did knowingly and intentionally possess with intent to distribute, controlled substances as follows:

| COUNT | DEFENDANT | DATE | SUBSTANCE Schedule |
|---|---|---|---|
| 3 | ALVIN WAYNE SNELLGROVE | 12/4/2019 | a mixture or substance containing a detectable amount of Methamphetamine (Schedule II) |
| 4 | STEVEN CURTIS NEWMAN | 2/19/2020 | 50 grams or more of Methamphetamine (Actual) (Schedule II) |
| 5 | RICHARD TRAVIS BARGERON | 2/19/2020 | 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, an amount of heroin (both Schedule II) and an amount of marijuana (Schedule I) |
| 6 | JEFFREY MITCHELL GRANADE | 8/31/2020 | 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine (Schedule II) |
| 7 | JAYSON DWAYNE WHEATLEY | 3/19/2021 | 50 grams or more of Methamphetamine (Actual) (Schedule II) |

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNTS EIGHT - NINE
*Possession of a Controlled Substance*
21 U.S.C. § 844

On or about the dates listed below, within the Southern District of Georgia, the defendant, listed in the table, did unlawfully possess, a controlled substance as follows:

| COUNT | DEFENDANT | DATE | SUBSTANCE Schedule |
|---|---|---|---|
| 8 | **HEATHER NICOLE DISHER** | 3/19/2021 | a mixture or substance containing a detectable amount of Methamphetamine (Schedule II) |
| 9 | **DANA ALEXANDER RAU** | 12/29/2021 | a mixture or substance containing a detectable amount of Methamphetamine (Schedule II) |

In violation of Title 21, United States Code, Section 844.

## COUNT TEN
*Use of Communication Facility*
*18 U.S.C. § 843(b)*

On or about February 7, 2020, in the Southern District of Georgia and elsewhere,

### JAYSON DWAYNE WHEATLEY
### and
### ALVIN WAYNE SNELLGROVE

aided and abetted by each other, knowingly and intentionally used a communication facility in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846, through Facebook Messenger as follows:

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:50:48 UTC
**Body** You got money you owe me right

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:51:22 UTC
**Body** You should have all my money today 1040

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:54:17 UTC
**Body** Use 150 out of it.

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-02-07 14:54:35 UTC
**Body** I'm going to have your $$ . I'm telling you I don't have the $ to cover the rental right now

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:54:50 UTC
**Body** It dont have to be paid til 5

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:55:38 UTC
**Body** And see man this is where it fucks me up everytime. 4 others dont have their shit together and one died just now. So how am I to reup.

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:56:06 UTC
**Body** There ain't gonna be no dope for the weekend what its gonna be.

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:56:30 UTC
**Body** And if I dont get any this weekend it gonna be next weekend before I can go back.

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 14:57:26 UTC
**Body** I told you the other day I needed her phone to add a driver so.it could get swiped for.a truck.

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-02-07 15:00:13 UTC
**Body** I'm on it. I know it's not your problem... but I've had a couple of things happen

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 15:00:43 UTC
**Body** Yeah me to

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 15:00:54 UTC
**Body** Another one died

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-02-07 15:04:19 UTC
**Body** I'm doing the best I can. You should know by now that wouldn't even mention it if it wasn't neccessary

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 16:31:22 UTC
**Body** Regaurdlees your fuckin me.up with all this L

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-02-07 16:59:54 UTC
**Body** I told you I'm on it. !

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 17:04:48 UTC
**Body** Look I got a dead guy in my room indont know what to do

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 17:04:59 UTC
**Body** Ded dead

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 17:08:13 UTC
**Body** Wayne missed your call.

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-02-07 17:08:53 UTC
**Body** You missed a call from Wayne.

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-02-07 17:08:53 UTC
**Body** Wanna help me drag his ass out the room and into a hole

All done in violation of Title 21, United States Code, Section 843(b) and Title 18,

United States Code, Section 2.

## COUNT ELEVEN
*Use of Communication Facility*
*18 U.S.C. § 843(b)*

On or about March 14, 2020, in the Southern District of Georgia and elsewhere,

### JAYSON DWAYNE WHEATLEY
### and
### ALVIN WAYNE SNELLGROVE

aided and abetted by each other, knowingly and intentionally used a communication facility in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846, through Facebook Messenger as follows:

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:48:25 UTC
**Body** Keep in mind I had to wait on more then just your money to pick up.

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-03-14 10:48:28 UTC
**Body** We'll talk manãna, I waswrong

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:48:54 UTC
**Body** I had to take 13 grand to him today

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:49:24 UTC
**Body** 6 for the rears and 7 for todays order

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:49:45 UTC
**Body** When I woke up yesterday I had 1500 on me that was it

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:50:17 UTC
**Body** So I couldnt go then had to prolong it so I could get the loot up here to me.

9

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-03-14 10:50:33 UTC
**Body** Seriously I understand EXACTLY. Commicationj

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:50:53 UTC
**Body** I am communicating right now bro

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:51:03 UTC
**Body** Telling you what all been going on

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:51:57 UTC
**Body** I got behind when he sent all that other shit and only half key of clr.

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:52:19 UTC
**Body** And this chick bout to get left at a room again

**Author** Wayne Snow (Facebook: 100035752668690)
**Sent** 2020-03-14 10:52:54 UTC
**Body** I realize this....

...

**Author** Jase Wheat (Facebook: 100008707922689)
**Sent** 2020-03-14 10:56:25 UTC
**Body** If I need to bring you more then let's get it ironed out before I see him this morning

All done in violation of Title 21, United States Code, Section 843(b) and Title 18,

United States Code, Section 2.

## COUNT TWELVE
*Use of Communication Facility*
*18 U.S.C. § 843(b)*

On or about November 2, 2020, in the Southern District of Georgia and elsewhere,

**JAYSON DWAYNE WHEATLEY**
**and**
**HEATHER NICOLE DISHER**

aided and abetted by each other, knowingly and intentionally used a communication facility in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846, through Facebook Messenger as follows:

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:32:14 UTC
**Body** You got that shit right

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:33:07 UTC
**Body** Yeah I just seen it sitting over there on nightstand

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:33:13 UTC
**Body** Ok

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:33:37 UTC
**Body** Was that mine or urs

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:33:50 UTC
**Body** So puts you owing me a little bit more momey

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:34:21 UTC
**Body** The last was 400 you gave me right

11

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:34:55 UTC
**Body** So minus 100 for previous balance put u 300 to the good.

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:35:16 UTC
**Body** Then how much last one weighed

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:35:20 UTC
**Body** K that's fine no I give u 540 bc rmbr I cdnt get
Anymore out atmthat day

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:35:45 UTC
**Body** Ok

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:35:50 UTC
**Body** 12.6

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:37:33 UTC
**Body** 12.6=270 + 28=600 ==870.. -440===430...

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:38:09 UTC
**Body** 430+50boi==,480..

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:38:22 UTC
**Body** I didn't give u that money on that other either I had it on dresser

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:38:44 UTC
**Body** I know its figured in on last numbers

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:38:45 UTC
**Body** 65 I have u on boi

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:38:51 UTC
**Body** Ok

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:38:55 UTC
**Body** I only want 50

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:38:58 UTC
**Body** Ok

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:38:59 UTC
**Body** 15 for u

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:39:05 UTC
**Body** Gracias

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2020-11-02 13:39:13 UTC
**Body** De nada

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:39:16 UTC
**Body** Lol

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:39:39 UTC
**Body** So I owe u 480 ! Left

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:39:43 UTC
**Body** ?

**Author** Heather Disher (Facebook: 100002225286645)
**Sent** 2020-11-02 13:42:20 UTC
**Body** I thght u was charging e 550 for the other have u raised the bar on me again baaaba!?;)

All done in violation of Title 21, United States Code, Section 843(b) and Title 18,

United States Code, Section 2.

## COUNT THIRTEEN
*Use of Communication Facility*
*18 U.S.C. § 843(b)*

On or about February 28, 2021, in the Southern District of Georgia and elsewhere,

### JAYSON DWAYNE WHEATLEY
### and
### HEATHER NICOLE DISHER

aided and abetted by each other, knowingly and intentionally used a communication facility in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846, through Facebook Messenger as follows:

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-02-28 07:39:03 UTC
**Body** Rick n kim but they leaving in few .. u got any 🌲 [trees] rick could get by chance

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:39:19 UTC
**Body** Yeah how much

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-02-28 07:39:52 UTC
**Body** Quarter if u got it if not whatever u can

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:39:56 UTC
**Body** I got 4 for 7

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:40:04 UTC
**Body** Qp

14

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:40:18 UTC
**Body** Or 7 g

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-02-28 07:40:50 UTC
**Body** 4 for 7 whatcha mean

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:41:14 UTC
**Body** 4 zips 700

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:41:16 UTC
**Body** 9bucks

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:41:19 UTC
**Body** Bucks

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-02-28 07:42:34 UTC
**Body** Oh yeah he jist wants something to smoke on he said a quarter if u
can do thst

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:44:15 UTC
**Body** Yeah

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:44:23 UTC
**Body** Give me 30 min

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-02-28 07:44:49 UTC
**Body** Ok sounds goood

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:49:02 UTC
**Body** He got scales

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-02-28 07:51:27 UTC
**Body** No but i got some

15

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-02-28 07:54:12 UTC
**Body** Ok otw

All done in violation of Title 21, United States Code, Section 843(b) and Title 18,

United States Code, Section 2.

## COUNT FOURTEEN
*Use of Communication Facility*
*18 U.S.C. § 843(b)*

On or about March 12, 2021, in the Southern District of Georgia and elsewhere,

### JAYSON DWAYNE WHEATLEY
### and
### HEATHER NICOLE DISHER

aided and abetted by each other, knowingly and intentionally used a communication facility in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846, through Facebook Messenger as follows:

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-03-12 19:47:34 UTC
**Body** Otw back yo town

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-03-12 19:47:45 UTC
**Body** Have me some shit ready please im sick

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-03-12 21:01:04 UTC
**Body** Ok im here where r u

**Author** Heather Disher (Facebook: 100057747727329)
**Sent** 2021-03-12 21:01:19 UTC
**Body** I thght i was coming up there

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-03-12 21:01:49 UTC
**Body** Heather missed your video chat.

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-03-12 21:06:21 UTC
**Body** Call me

17

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-03-12 21:06:30 UTC
**Body** Im sick puking had to stop

**Author** Jayson Wheatley (Facebook: 1625386365)
**Sent** 2021-03-12 21:06:42 UTC
**Body** Bring me some dope im sicknas fuck

All done in violation of Title 21, United States Code, Section 843(b) and Title 18,

United States Code, Section 2.

## COUNT FIFTEEN
*Use of Communication Facility*
*18 U.S.C. § 843(b)*

On or about March 17, 2021, in the Southern District of Georgia and elsewhere,

### JAYSON DWAYNE WHEATLEY
**and**
### DANA ALEXANDER RAU

aided and abetted by each other, knowingly and intentionally used a communication facility, that is: a cellular telephone, in committing, causing, and facilitating the conspiracy to possess with intent to distribute, and to distribute controlled substances, as alleged in Count One of this Indictment, which constitutes a felony violation of Title 21, United States Code, Section 846, as follows:

**Rau to Wheatley:**
**Body:** I need my little black case
**Timestamp:** 3/17/2021 5:43:34 AM(UTC+0)

**Wheatley to Rau:**
**Body:** Im not riding dirty you want it rright. Then you dont want me toncarry it id probably have to throw or eat it unc
**Timestamp:** 3/17/2021 5:43:34 AM(UTC+0)

**Wheatley to Rau:**
**Body:** Ill get disher to run iy by to you
**Timestamp:** 3/17/2021 5:44:16 AM(UTC+0)

**Wheatley to Rau:**
**Body:** I can bring you the phone thats not an issue.
**Timestamp:** 3/17/2021 5:46:15 AM(UTC+0)

**Rau to Wheatley**
**Body:** I need the phone but dope more! I haven't had any all day
**Timestamp:** 3/17/2021 5:46:43 AM(UTC+0)

**Wheatley to Rau:**
**Body:** Ok im leaving the black bag and scales ill bring just the dope to you. Jusy know if it smells like asshole i got pulled over if not hey alls well ends well
**Timestamp:** 3/17/2021 5:48:06 AM(UTC+0)

**Wheatley to Rau:**
**Body**: Soon as blues hit im hitting gas til its far enough in my ass crack johnny laws ass dont find it. Hahahaha
**Timestamp**: 3/17/2021 5:48:51 AM(UTC+0)

All done in violation of Title 21, United States Code, Section 843(b) and Title 18,

United States Code, Section 2.

## COUNT SIXTEEN
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about February 19, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

### RICHARD TRAVIS BARGERON

did knowingly possess firearm, to wit: Walther model P99, .40-caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment and Possession With Intent to Distribute Controlled Substances in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 5 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT SEVENTEEN
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about February 19, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

### RICHARD TRAVIS BARGERON

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, that is: a Walther model P99, .40-caliber pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT EIGHTEEN
*Possession of Firearms in Furtherance of a Drug Trafficking Crime*
18 U.S.C. § 924(c)

On or about August 31, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

## JEFFREY MITCHELL GRENADE

did knowingly possess firearms, those are:

- a Kimber, Micro 9, 9mm caliber firearm,

- a Sig Sauer, P938, 9mm caliber firearm,

- a Marlin, Model 60, .22 caliber rifle, and

- a Mauser, Model 98, .280 caliber rifle,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit, Conspiracy to Possess With Intent to Distribute and to Distribute Controlled Substances in violation of Title 21, United States Code, Section 846, as charged in Count 1 of this Indictment and Possession With Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 6 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## COUNT NINETEEN
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about August 31, 2020, in Richmond County, within the Southern District of Georgia, the defendant,

### JEFFREY MITCHELL GRENADE

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, firearms, to wit:,

- a Kimber, Micro 9, 9mm caliber firearm,

- a Sig Sauer, P938, 9mm caliber firearm,

- a Marlin, Model 60, .22 caliber rifle, and

- a Mauser, Model 98, .280 caliber rifle,

all of which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

24

## COUNT TWENTY
*Possession of Ammunition by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about March 19, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

### JAYSON DWAYNE WHEATLEY

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWENTY-ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about December 29, 2021, in Richmond County, within the Southern District of Georgia, the defendant,

## DANA ALEXANDER RAU

knowing that he was an unlawful user of controlled substances did knowingly possess, in and affecting commerce, a firearm, to wit: a Ruger SR45, .45 caliber pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE ALLEGATION

The allegations contained in Count One through and including Count Twenty-One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Pursuant to Title 21, United States Code, Section 853, upon conviction of any offense in violation of Title 21, United States Code set forth in this Indictment, Defendants, **JAYSON DWAYNE WHEATLEY, JEFFREY MITCHELL GRANADE, STEVEN CURTIS NEWMAN, RICHARD TRAVIS BARGERON, ALVIN WAYNE SNELLGROVE, HEATHER NICOLE DISHER, DANA ALEXANDER RAU** shall forfeit to the United States any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

Upon conviction of any offense alleged in Counts Sixteen, though and including Count Twenty-One of this Indictment, Defendants, **JAYSON DWAYNE WHEATLEY, JEFFREY MITCHELL GRANADE, STEVEN CURTIS NEWMAN, RICHARD TRAVIS BARGERON, ALVIN WAYNE SNELLGROVE, HEATHER NICOLE DISHER, DANA ALEXANDER RAU** shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) any firearms and ammunition involved in that offense, including but not limited to:

27

- a Kimber, Micro 9, 9mm caliber firearm, S/N MTXE0734;

- a Sig Sauer, P938, 9mm caliber firearm, S/N 52B279386;

- a Marlin, Model 60, .22 caliber rifle, S/N 98438356;

- a Mauser, Model 98, .280 caliber rifle, S/N 1301; and

- a Ruger SR45, .45 caliber pistol, S/N 380-81568

- a Walther model P99, .40-caliber pistol, S/N 409059

If, as a result of any act or omission of a defendant, any of the property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) to seek forfeiture of any other property of said defendant up to the value of the forfeitable property.

*{Signatures follow on next page}*

A 1
Foreperson

David H. Estes
United States Attorney

Patricia G. Rhodes
Assistant United States Attorney
Branch Office Chief
Deputy Chief, Criminal Division
*Lead Counsel*

Karl I. Knoche
Assistant United States Attorney
Chief, Criminal Division