IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 122-031 |
| | ) | |
| JAYSON DWAYNE WHEATLEY | ) | |
| JEFFREY MITCHELL GRANADE | ) | |
| STEVEN CURTIS NEWMAN | ) | |
| RICHARD TRAVIS BARGERON | ) | |
| ALVIN WAYNE SNELLGROVE | ) | |
| HEATHER NICOLE DISHER | ) | |
| DANA ALEXANDER RAU | ) | |

**O R D E R**

Before the Court are various pretrial discovery motions filed by the parties. Assuming the government has followed its customary liberal discovery policy in this case, many (if not all) of the routine discovery motions may have been satisfied without the need for Court intervention. The Court will conduct a hearing to consider any motions the parties have not been able to resolve. Accordingly, the Court **DIRECTS** defense counsel and the government to file a joint status report by September 9, 2022, that states whether all pretrial motions have been satisfied or otherwise resolved. Any unresolved motions requiring a ruling by the Court must be listed by title and docket number. For the convenience of the parties, the form for the joint status report can be found on the Court's website under Forms, Judge Epps Instructions and Forms, Criminal, Joint Status Report.

The Court will require attendance at a hearing on any motion listed as unresolved and may require supplemental briefing prior to such hearing. The parties should only list motions over which the parties disagree. Motions not listed will be deemed resolved or waived.

SO ORDERED this 30th day of August, 2022, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA